**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PAVEL DE JESUS PAULINO BETEMIT,

Petitioner,

v. No. 2:26-cv-02362-MLG-DLM

GEORGE DEDOS, et al.,

Respondents.

**ORDER GRANTING PETITIONER'S MOTION TO**
**<u>VOLUNTARILY DISMISS PETITION WITHOUT PREJUDICE</u>**

This matter is before the Court on Petitioner Pavel de Jesus Paulino Betemit's Motion to Voluntarily Dismiss Petition Without Prejudice, Doc. 7, filed October 2, 2026. Having considered the motion, the Court finds that it is well taken. This action is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA